**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02122-BNB

ALTON DAVIS,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion for Having Access to Paralegal Service (ECF No. 6) filed on September 14, 2012, is premature and is DENIED because Plaintiff has not filed a proper pleading or cured the other deficiencies identified by the court in this action. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies specified in the court's Order Directing Plaintiff to Cure Deficiency (ECF No. 3) entered in this action on August 13, 2012.

Dated:  September 14, 2012