IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02122–REB–KMT

ALTON DAVIS,

      Plaintiff,

v.

ERIC HOLDER,
JOHN O'DONNALL,
JASON ZAMALOFF, and
D. BERKEBILE,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion to Correct Case Caption" (Doc. No. 42, filed April 3, 2013) is GRANTED. In order to reflect the correct spelling of the relevant defendant's name, the Clerk of Court is directed to amend the caption in this case by substituting "John O'Donnell" for "John O'Donnall."

Dated: April 3, 2013