**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12–cv–02122–REB–KMT

ALTON DAVIS,

    Plaintiff,

v.

ERIC HOLDER,
JOHN O'DONNALL,
JASON ZAMALOFF, and
D. BERKEBILE,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the following: (1) the plaintiff's **"Motion for Urgent Temperary** [*sic*] **Preliminary Conjunction** [*sic*] **for Relief from SAM/Restrictions Until April 5, 2013"** [#31][1] filed February 7, 2013; and (2) the corresponding **Recommendation of United States Magistrate Judge** [#37] filed March 8, 2013. The plaintiff filed objections [#38], and the defendants filed a response [#44] to the plaintiff's objections. I overrule the objections, approve and adopt the recommendation, and deny the plaintiff's motion.

The plaintiff is acting *pro se*. Therefore, I construe his filings generously and with the leniency due pro se litigants, see ***Erickson v. Pardus***, 551 U.S. 89, 94 (2007);

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972)).

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the May 14, 2012, recommendation [#47] to which the plaintiff objects. I have considered carefully the recommendations, the objections, and the applicable case law. No objections to the August 3, 2012, recommendation [#60] recommendation were filed. Thus, I review that recommendation only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the disposition recommended by the magistrate judge, I find and conclude that the recommendation should be approved and adopted as an order of this court.

In his motion, the plaintiff, Alton Davis, says he is suffering from bladder cancer and is undergoing treatment. When treatment is administered, Mr. Davis says, prison authorities require that Mr. Davis be in restrained in "chains and shackled." *Motion* [#31], p. 2. Mr. Davis says this is "totally unconstitutional." *Id.* In his objection, the plaintiff says the restraints cause obstruction or hindrance during his treatment, but he does not specify any particular obstructions or hindrances caused by the restraints. In her recommendation, the magistrate judge concluded that Mr. Davis's motion does not address or establish any of the four essential elements that must be established before a preliminary injunction may be issued. I agree with the analysis of the magistrate judge.

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the objections stated in plaintiff's objection [#38] filed March 20, 2013, are **OVERRULED**;

2. That the **Recommendation of United States Magistrate Judge** [#37] filed March 8, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

3. That the plaintiff's **"Motion for Urgent Temperary** [sic] **Preliminary Conjunction** [sic] **for Relief from SAM/Restrictions Until April 5, 2013"** [#31] filed February 7, 2013, is **DENIED**.

Dated April 4, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge