**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02122-REB-KMT

ALTON DAVIS,

    Plaintiff,

v.

ERIC HOLDER,
JOHN O'DONNALL,
JASON ZAMALOFF, and
D. BERKEBILE,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on March 14, 2014 it is

    1. That the **Recommendation of United States Magistrate Judge** [#55] filed February 10, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

    2. That under FED. R. CIV. P. 12(b)(1) and (b)(6), the **Defendants' Motion To Dismiss** [#46] filed April 4, 2013, is **GRANTED**;

    4. That under FED. R. CIV. P. 12(b)(1) and (b)(6), all claims alleged in the amended complaint [#17] of the plaintiff are **DISMISSED**;

    5. That under FED. R. CIV. P. 58, judgment **IS ENTERED** in favor of the defendants, Eric Holder, John O'Donnall, Jason Zamaloff, and D. Berkebile, against the

plaintiff, Alton Davis; and

      6.  That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By: s/   Kathleen Finney

                              Kathleen Finney
                              Deputy Clerk