IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 12-cv-02122-REB-KMT

ALTON DAVIS,

    Plaintiff,

v.

ERIC HOLDER, et al.,

    Defendant.

**ORDER GRANTING MOTION TO CORRECT ORDER AND JUDGMENT**

**Blackburn, J.**

This matter is before me on the **Defendants' Motion To Correct Order and Final Judgment** [#62] filed March 19, 2014. I grant the motion.

Under FED. R. CIV. P. 60(a), a court may "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." In my **Order Adopting Recommendation of United States Magistrate Judge** [#60] filed March 14, 2014, I referred to FED. R. CIV. P. 12(b)(1) as one of the bases for dismissal when FED. R. CIV. P. 12(b)(2), rather than 12(b)(1), was the correct reference. The **Final Judgment** [#61] entered based on the order [#60] contains the same erroneous reference to FED. R. CIV. P. 12(b)(1).

In their motion, the defendants ask that these errors be corrected. I find and conclude that it is proper to correct both the **Order Adopting Recommendation of United States Magistrate Judge** [#60] and the **Final Judgment** [#61] to remove the erroneous references to FED. R. CIV. P. 12(b)(1) and to replace those references with

references to FED. R. CIV. P. 12(b)(2).  Concurrently with this order, the court will enter an **Amended Order Adopting Recommendation of United States Magistrate Judge** and an **Amended Final Judgment** in which the erroneous references to FED. R. CIV. P. 12(b)(1) are removed and replaced with references to FED. R. CIV. P. 12(b)(2).

**THEREFORE, IT IS ORDERED** that the **Defendants' Motion To Correct Order and Final** Judgment [#62] filed March 19, 2014, is **GRANTED**.

Dated April 23, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2