**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02122-REB-KMT

ALTON DAVIS,

      Plaintiff,

v.

ERIC HOLDER, et al.,

      Defendant.

**AMENDED[1] ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

      This matter is before me on the following: (1) **Defendants' Motion To Dismiss** [#46][2] filed April 4, 2013; and (2) the **Recommendation of United States Magistrate Judge** [#55] filed February 10, 2014. The plaintiff filed objections [#59] to the recommendation. I overrule the objections, approve and adopt the recommendation, and grant the motion to dismiss.

      As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed and have considered carefully the

---

[1] This amended order is issued under FED. R. CIV. P. 60(a) to correct a clerical error in the **Order Adopting Recommendation of United States Magistrate Judge** [#60] filed March 14, 2014. As compared to the original order [#60], this amended order differs in the following ways: (A) the addition of the word "amended" in the caption; (B) the addition of a numbered paragraph on the final page of this order directing that this amended order shall supplant and supersede the original order [#60]; (C) the substitution of "12(b)(2)" for "12(b)(1)" in the paragraphs now numbered four (4) and five (5) on the final page of this order; (D) the order that an amended judgment shall enter, as stated in the paragraph numbered six (6) on the final page of this order; and (E) the addition of this footnote.

[2] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

recommendation, objections, and applicable caselaw.  The plaintiff is proceeding *pro se*. Thus, I have construed his pleadings and other filings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).

The plaintiff, Alton Davis, is an inmate in the custody of the United States Bureau of Prisons.  He is housed at the United States Penitentiary, Administrative Maximum in Florence, Colorado (ADX).  In his complaint, Mr. Davis alleges he is subject to certain Special Administrative Measures (SAMs).  The SAMs, Mr. Davis alleges, deny him his right to communicate with family, friends, the press, and attorneys.  He alleges the SAMs deny him adequate access to the courts and subject him to harsh treatment in solitary confinement.  He contends he does not get sufficient fresh air, sunlight, and diabetic food.  In addition, Mr. Davis contends the SAMS cause him to be denied adequate access to medical services and treatment for serious medical conditions, bladder cancer and diabetes. In their motion to dismiss, the defendants seek dismissal of all of the claims of Mr. Davis for lack of personal jurisdiction over the defendants and because the allegations in the complaint do not state claims on which relief can be granted against the defendants.

In the recommendation [#55], the magistrate judge provides a detailed and thorough analysis of the issues raised in the motion to dismiss.  The analysis of the magistrate judge is correct.  In his objections [#59], Mr. Davis provides a detailed critique of the analysis of the magistrate judge and, to some extent, the law applicable to SAMs.  However, Mr. Davis does not raise arguments which show that the analysis of the magistrate judge is incorrect.  Therefore, I overrule the objections of Mr. Davis and

approve and adopt the recommendation of the magistrate judge.

**THEREFORE, IT IS ORDERED** as follows:

1. That this **Amended Order Adopting Recommendation of United States Magistrate Judge** shall **SUPPLANT** and **SUPERSEDE** the **Order Adopting Recommendation of United States Magistrate Judge** [#60] filed March 14, 2014;

2. That the **Recommendation of United States Magistrate Judge** [#55] filed February 10, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

3. That the objections [#59] filed by the plaintiff are **OVERRULED**;

4. That under FED. R. CIV. P. 12(b)(2) and (b)(6), the **Defendants' Motion To Dismiss** [#46] filed April 4, 2013, is **GRANTED**;

5. That under FED. R. CIV. P. 12(b)(2) and (b)(6), all claims alleged in the amended complaint [#17] of the plaintiff are **DISMISSED**;

6. That under FED. R. CIV. P. 58, an amended judgment **SHALL ENTER** for the defendants, Eric Holder, John O'Donnall, Jason Zamaloff, and D. Berkebile, against the plaintiff, Alton Davis, consistent with the terms of this order; and

7. That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated April 23, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge