**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02122-REB-KMT

ALTON DAVIS,

    Plaintiff,

v.

ERIC HOLDER,
JOHN O'DONNALL,
JASON ZAMALOFF, AND
D. BERKEBILE,

    Defendant.

---

**AMENDED FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

    Pursuant to the AMENDED ORDER Adopting Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on April 23, 2014 it is

    ORDERED that under Fed. R. Civ. P. 12(b)(2) and (b)(6), all claims alleged in the amended complaint of the plaintiff are DISMISSED. Amended Judgment SHALL ENTER for the defendants, Eric Holder, John O'Donnall, Jason Zamaloff, and D. Berkebile, against the plaintiff, Alton Davis. The defendants are AWARDED their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 23rd day of April, 2014.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

    By:  s/   K Lyons
          K Lyons
          Deputy Clerk