**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02122-REB-KMT

ALTON DAVIS,

    Plaintiff,

v.

ERIC HOLDER, et al.,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matters before the court are: (1) the **Motion Requesting To: Refiled** [#77][2] filed June 23, 2014; and (2) the letter [#78] filed by the plaintiff, Alton Davis, on November 17, 2014.  Mr. Davis requests, *inter alia*, permission to re-file his case and asks that the court send him the forms necessary to file a new case.  The above-captioned case was dismissed by this court and, after filing an appeal of that dismissal, Mr. Davis withdrew his appeal.  After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1.  That the relief requested in the **Motion Requesting To: Refiled** [#77] filed June 23, 2014, and the letter [#78] filed by the plaintiff on November 17, 2014, is **GRANTED** in part;

2. That the clerk of the court **SHALL MAIL** to the plaintiff, Alton Davis, a copy of the court's form of Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 at the most recent address of record for the plaintiff;

3.  That if the plaintiff seeks to assert new claims in a lawsuit, he must file a new case and may not assert such claims in the above-captioned closed case; and

4.  That otherwise, the relief requested in the **Motion Requesting To: Refiled** [#77] filed June 23, 2014, and the letter [#78] filed by the plaintiff on November 17, 2014, is **DENIED**.

    Dated: February 27, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#77]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.